ABRAHAM REINLIEB, Respondent, *v.* EDWARD J. ROSE et al., Appellants.

(Argued October 16, 1930; decided November 18, 1930.)

*Abraham I. Madison* and *Wilmot L. Morehouse* for appellants.

*Abraham H. Simon* and *Harry Simon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.